NWI   John O'Brien   2

# UNITED STATES DISTRICT COURT

_Eastern_ DISTRICT OF _Michigan_

UNITED STATES OF AMERICA

21345 31 Mile Rd
Ray Township, MI 48096

v.

LEO RUDOLPH

(Name and Address of Defendant)

CRIMINAL COMPLAINT

Case Number: 07-30302

FILED
JUN 15 2007
CLERK'S OFFICE
DETROIT

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief On or about _June 1, 2007_ in _Macomb_ County, in the _Eastern_ District of _Michigan_ defendant(s) did,

_(Track Statutory Language of Offense)_
Any person who employs, uses, persuades, induces, entices, or coerces any minor to engage in, or who has a minor assist any other person to engage in, or who transports any minor in interstate or foreign commerce, or in any Territory or Possession of the United States, with the intent that such minor engage in, any sexually explicit conduct for the purpose of producing any visual depiction of such conduct, shall be punished as provided under subsection

in violation of Title _18_ United States Code, Section(s) _2251(a)_

I further state that I am a(n) _Special Agent_ and that this complaint is based on the following facts:

See attached Affadavit

Continued on the attached sheet and made a part of this complaint:  Yes ☒  No ☐

_Signature of Complainant_

M. Daniel Ben-Meir
Printed Name of Complainant

Sworn to before me and signed in my presence,

June 15, 2007                                at    Detroit, MI
Date                                                City and State

The Honorable United States Magistrate Judge
Name and Title of Judicial Officer

_Signature of Judicial Officer_

# AFFIDAVIT

I, M. Daniel Ben-Meir, being duly sworn, depose and state:

1. I am a Special Agent with the Department of Homeland Security, Immigration and Customs Enforcement (ICE), assigned to the Special Agent in Charge in Detroit, MI. I have been so employed since June of 2004. As part of my duties as an ICE agent, I investigate criminal violations relating to child exploitation and child pornography including violations pertaining to the production, distribution, receipt and possession of child pornography, in violation of 18 U.S.C. §§ 2252 and 2252A. I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media.

2. On June 15, 2007, a search warrant was obtained in the U.S. District court for the Eastern District of Michigan for 21345 31 Mile Rd, Ray Township, MI for evidence of violations of 18 USC 2252; child pornography. This is the residence of Leo RUDOLPH.

3. On June 15, 2007, Agents served the search warrant at said location and in doing so discovered that a young female who appeared to be the victim in images of child pornography which were previously received by ICE Agents in Detroit from ICE Agents in Oregon. Further investigation revealed that the young female (V-1) was in fact the same young girl from said images and that she is RUDOLPH's step-daughter. Also discovered in the house were objects that were included in the photos with V-1, specifically two comforters, a dog collar, a t-shirt, nylon ropes and the vehicle in which some of the photos were taken.

4. On June 15, 2007, ICE agents apprehended Leo RUDOLPH while he was de-boarding Air Tran Airway flight 165 from Orlando.

5. Based upon the aforementioned information there is probable cause to believe that Leo RUDOLPH did violate 18 USC 2252. DB 6-15-07
2251(a)

_____
Signature of Affiant
M. Daniel Ben-Meir

Subscribed and sworn, before me this 15th day of June, 2007

_____
The Honorable United States Magistrate Judge
Donald M. Scheer